# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1663
LT Case No. 2016-CF-788

_____

TIMOTHY VAN GRIFFIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Timothy Van Griffin, Live Oak, pro se.

Ashley Moody, Attorney General, and Benjamin L. Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

September 12, 2023


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____